**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CASE NAME** | **Dennis W. Colwes and Pamela J. Colwes** |
| **CASE NO.** | **21-21749-CMB** |
| **RELATED TO DOCUMENT NO.** | **Notice of Mortgage Payment Change** |

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The **Notice of Mortgage Payment Change** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

**THE NOTICE OF MORTGAGE PAYMENT CHANGE MUST BE REFILED ENSURING TO COMPLY WITH W.PA.LBR 5005-13 THAT ALL PDF DOCUMENTS FILED THROUGH CM/ECF SYSTEM SHALL BE IN THE STANDARD 8.5 X 11 PAGE SIZE.**

You must file **Notice of Mortgage Payment Change** within ten (10) days of the date of this notice.

**Please attach a copy of this Notice to the front of the Notice of Mortgage Payment Change that is being filed in response to this Notice.**

| February 4, 2026 | By: | /s/Katie M. Rougeux |
|---|---|---|
| Date | | Deputy Clerk |

#106c-I

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Dennis W. Colwes  
Pamela J. Colwes  
    Debtors

Case No. 21-21749-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Feb 04, 2026     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Wintrust Mortgage, Aldridge Pite, LLP, Six Piedmont Center, 3525 Piedmont Road, N.E., Atlanta, GA 30305-1578 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 05 2026 00:29:00 | Wintrust Mortgage, a division of Barrington Bank &, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 06, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2026 at the address(es) listed below:

**Name**      **Email Address**

Adam Bradley Hall  
    on behalf of Creditor Wintrust Mortgage a division of Barrington Bank & Trust Company, N.A. amps@manleydeas.com

Andrew L. Spivack  
    on behalf of Creditor Wintrust Mortgage a division of Barrington Bank & Trust Company, N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Denise Carlon

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 04, 2026 | Form ID: pdf900 | Total Noticed: 2 |

on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. dcarlon@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Michael C. Eisen
    on behalf of Debtor Dennis W. Colwes attorneyeisen@yahoo.com  aarin96@hotmail.com

Michael C. Eisen
    on behalf of Joint Debtor Pamela J. Colwes attorneyeisen@yahoo.com  aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8