**Fill in this information to identify the case:**

Debtor 1 Dennis W. Colwes

Debtor 2 (Spouse, if filing) Pamela J. Colwes

United States Bankruptcy Court for the: Western District of Pennsylvania (State)

Case number 21-21749-JAD

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1: Mortgage Information

**Name of claim holder:** Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A.

**Court claim no.** (if known): 19

**Last 4 digits** of any number you use to identify the debtor's account: ******8046

**Property address:**
410 Low Grade Road
Number Street

Cheswick PA 15024
City State ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $ 860.39.

*Check all that apply:*

- [x] The amount required to cure any prepetition arrearage has been paid in full.
- [ ] The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response: $ _________________.
- [ ] The amount required to cure any postpetition arrearage has been paid in full.
- [ ] The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response: $ _________________.

## Part 3: Postpetition Payments

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: _______________.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | |
|---|---|
| i. Date last payment was received on the mortgage: | 08/31/2026 |
| ii. Date next postpetition payment from the debtor is due: | 11/01/2026 |
| iii. Amount of the next postpetition payment that is due: | $ 910.96 |
| iv. Unpaid principal balance of the loan: | $ 107,917.75 |
| v. Additional amounts due for any deferred or accrued interest: | $ (81.51) |
| vi. Balance of the escrow account: | $ 456.66 |
| vii. Balance of unapplied funds or funds held in a suspense account: | $ 291.58 |
| viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ 0.00 |

* Payoff figures as of 9/21/2026

## Part 4 Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

**Part 5:** **Sign Here**

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ */s/ Eric VandeLinde* Date 9/22/2026

Signature

| | |
|---|---|
| Name | Eric VandeLinde<br>First name / Middle name / Last name |
| Title | Agent for Creditor |
| Company | Aldridge Pite, LLP<br>Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700<br>Number Street |
| | Atlanta GA 30305<br>City State ZIP Code |

Contact phone (404 ) 994-7400 Email EVandeLinde@aldridgepite.co

[redacted]

```
==================================================                  9/21/26
                 Payoff Quote Include/Omit Items                    14:39:08
==================================================                  ADD
        PO Dt   9/23/26        Int Paid To      10/01/26
     Sub Code        00        Next Due Dt      11/01/26        Int Rate         3.250
Prin Bal       107,917.75          Per Diem Int             9.61      Int Calcs        81.51-
Optional Items to I-Include or O-Omit:                            Plan Number      00001
I  Escrow Balance                  456.66        O  Total Late Charges                 .00
   Interest on Escrow                 .00        I  Total NSF Charges                  .00
I  Escrow Advance                     .00        O  Optional Ins Payment               .00
I  Misc Suspense Bal               291.58        O  Prepayment Penalty                 .00
I  Forbearance Bal                    .00        O  Mortgage Ins Premium               .00
O  Subsidy                            .00        O  Other Fees Due                     .00
O  Hazard Suspense Bal                .00        O  Rebate Points Financed         0000000
   Int on Hazard Loss                 .00        I  Deferred Principal                 .00
O  Inv. Advance                       .00        O  Recording Fee            0000000000000
I  Corp Advance Bal                   .00        I  Quote fee                0000000000000
O  Corp Expense Bal                   .00        O  Oth2   COUNTY RECORDING FEE    0000000020000
O  Default Int Due                    .00        O  Oth1   ANTICIPATED FEE         0000000000000  +
I  Deferred Int                       .00        O  MBS Liq Difference              374.44
O  Prepaid Ins Rebate                 .00
O  Partial Claims                     .00
Accept Quote - Y/N N                                       PO Amt              107,088.00

  F11=Corp Adv   F12=Return   F13=Opt Ins    F14=Corp Expense      F24=More keys
```

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Trustee's Notice of Disbursements Made was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: September 22, 2026

| | |
|---|---|
| Chapter 13 Trustee: | Ronda J. Winnecour |
| Trustee Address: | Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| Trustee Email: | cmecf@chapter13trusteewdpa.com |
| Debtor's Counsel Name: | Michael C. Eisen |
| Debtor's Counsel Address: | M. Eisen and Associates PC<br>404 McKnight Park Drive<br>Pittsburgh, PA 15237 |
| Debtor's Counsel Email: | attorneyeisen@yahoo.com |
| Debtor 1 Name: | Dennis W. Colwes |
| Debtor 2 Name: | Pamela J. Colwes |
| Debtor's Mailing Address: | 410 Low Grade Road<br>Cheswick, PA 15024 |

/s/ Cecilia Metcalf