**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DENNIS W. COLWES<br>PAMELA J. COLWES<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:21-21749<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 25, 2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/02/2021 and confirmed on 8/31/21 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 111,558.74 |
| Less Refunds to Debtor | 450.30 | |
| TOTAL AMOUNT OF PLAN FUND | | 111,108.44 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,500.00 | |
| Trustee Fee | 5,672.55 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,172.55 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| WINTRUST MORTGAGE<br>Acct: 8046 | 0.00 | 51,878.67 | 0.00 | 51,878.67 |
| WINTRUST MORTGAGE<br>Acct: 8046 | 860.39 | 860.39 | 0.00 | 860.39 |
| CITIZENS BANK NA<br>Acct: 7067 | 30,504.84 | 30,504.84 | 3,608.02 | 34,112.86 |
| | | | | 86,851.92 |
| **Priority** | | | | |
| MICHAEL C EISEN ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DENNIS W. COLWES<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DENNIS W. COLWES<br>Acct: | 450.30 | 450.30 | 0.00 | 0.00 |
| M EISEN AND ASSOCIATES PC<br>Acct: | 4,500.00 | 4,500.00 | 0.00 | 0.00 |
| WINTRUST MORTGAGE<br>Acct: 8046 | 0.00 | 0.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC.<br>Acct: 3143 | 482.87 | 401.46 | 0.00 | 401.46 |
| CAPITAL ONE BANK (USA) NA BY AMERIC.<br>Acct: 3463 | 1,671.81 | 1,389.96 | 0.00 | 1,389.96 |
| CAPITAL ONE BANK (USA) NA BY AMERIC.<br>Acct: 1030 | 284.57 | 236.59 | 0.00 | 236.59 |
| CERULEAN<br>Acct: 7640 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT FOR CC<br>Acct: 7825 | 652.94 | 542.86 | 0.00 | 542.86 |
| LVNV FUNDING LLC<br>Acct: 1991 | 1,792.62 | 1,490.40 | 0.00 | 1,490.40 |
| LVNV FUNDING LLC | 295.51 | 245.69 | 0.00 | 245.69 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 2445 | | | | |
| | LVNV FUNDING LLC | 634.28 | 527.35 | 0.00 | 527.35 |
| | Acct: 3271 | | | | |
| | FIRST NATIONAL CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6272 | | | | |
| | FIRST NATIONAL CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4426 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 992.52 | 825.19 | 0.00 | 825.19 |
| | Acct: 2496 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 960.57 | 798.63 | 0.00 | 798.63 |
| | Acct: 1745 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 269.49 | 224.06 | 0.00 | 224.06 |
| | Acct: 4695 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 236.50 | 196.63 | 0.00 | 196.63 |
| | Acct: 0116 | | | | |
| | KOHLS DEPARTMENT STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1201 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2098 | | | | |
| | QUANTUM3 GROUP LLC - AGNT MERCUR | 2,233.64 | 1,857.07 | 0.00 | 1,857.07 |
| | Acct: 2237 | | | | |
| | QUANTUM3 GROUP LLC - AGNT MERCUR | 820.75 | 682.38 | 0.00 | 682.38 |
| | Acct: 9048 | | | | |
| | MERRICK BANK | 1,331.94 | 1,107.39 | 0.00 | 1,107.39 |
| | Acct: 9803 | | | | |
| | MERRICK BANK | 1,174.68 | 976.64 | 0.00 | 976.64 |
| | Acct: 9604 | | | | |
| | MISSION LANE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0532 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LL( | 2,071.15 | 1,721.97 | 0.00 | 1,721.97 |
| | Acct: 9365 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LL( | 1,034.03 | 859.70 | 0.00 | 859.70 |
| | Acct: 0994 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0116 | | | | |
| | MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 14,083.97 |

TOTAL PAID TO CREDITORS 100,935.89

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 31,365.23 |
| UNSECURED | 16,939.87 |

Date: 09/25/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DENNIS W. COLWES<br>PAMELA J. COLWES<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:21-21749<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this ______________day of _________________, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court’s registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee’s Final Report and Account (the “Final Report”). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

______________________________
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-21749-JAD

Dennis W. Colwes Chapter 13

Pamela J. Colwes

Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3

Date Rcvd: Oct 02, 2026 Form ID: pdf900 Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis W. Colwes, Pamela J. Colwes, 410 Low Grade Road, Cheswick, PA 15024-1074 |
| 15422347 | + | Carlson Dash LLC - Attn: Kurt Carlson, 216 S. Jefferson Street - Suite 504, Chicago 60661-5698 |
| 15399859 | + | Veterans First Mortgage/Wintrust, PO Box 7608, Carol Stream, IL 60197-7608 |
| 15422348 | + | Wintrust Mortgage, c/o Carlson Dash LLC - Attn: Kurt Carlso, 216 S. Jefferson Street, Suite 504, Chicago, IL 60661-5698 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Oct 03 2026 01:47:00 | Nationstar Mortgage LLC, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 03 2026 01:54:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 03 2026 01:47:00 | Wintrust Mortgage, a division of Barrington Bank &, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 15401313 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 03 2026 01:46:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 0219 |
| 15399856 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 03 2026 01:46:00 | RBS Citizens NA, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15399843 | | Email/Text: cfcbackoffice@contfinco.com | Oct 03 2026 01:47:00 | Cerulean, PO Box 3220, Buffalo, NY 14240 |
| 15399842 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 03 2026 01:54:45 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15411274 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 03 2026 02:05:06 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15399844 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 03 2026 01:47:00 | Christopher and Banks, PO Box 659728, San Antonio, TX 78265 |
| 15399845 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 03 2026 01:54:31 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15399852 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 03 2026 02:05:01 | Macy's, PO Box 8218, Mason, OH 45040 |
| 15399847 | | Email/Text: BNSFN@capitalsvcs.com | Oct 03 2026 01:47:00 | First National Credit Card, 1500 S. Highline Ave, Sioux Falls, SD 57110 |
| 15399846 | | Email/Text: BNSFN@capitalsvcs.com | Oct 03 2026 01:47:00 | First National Credit Card, PO Box 5097, Sioux Falls, SD 57117 |
| 15399848 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 03 2026 02:05:00 | First Premier Bank, 3820 N. Louise Ave, Sioux Falls, SD 57107-0145 |
| 15399849 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 03 2026 02:05:09 | JCPenney, GE Capital Retail Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15399850 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2026 01:54:44 | JTV Preferred Account/SYNCB, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 15399851 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 03 2026 01:54:01 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 15412374 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2026 01:54:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15410122 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 03 2026 01:54:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15399855 | | Email/Text: ml-ebn@missionlane.com | Oct 03 2026 01:46:00 | Mission Lane, Customer Service, PO Box 31535, Tampa, FL 33631 |
| 15399853 | + | Email/Text: Mercury@ebn.phinsolutions.com | Oct 03 2026 01:47:00 | Mercury, Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 15399854 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 03 2026 01:54:00 | Merrick Bank, Customer Service, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15421884 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 03 2026 01:54:30 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15409551 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 03 2026 01:47:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15421696 | | Email/Text: bnc-quantum@quantum3group.com | Oct 03 2026 01:47:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15420619 | | Email/Text: bnc-quantum@quantum3group.com | Oct 03 2026 01:47:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 15399857 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2026 01:54:26 | Sam's Club, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15399858 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2026 02:05:09 | Synchonry Bank/Amazon, PO Box 965016, Orlando, FL 32896-5016 |
| 15400031 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 03 2026 02:05:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15555761 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 03 2026 01:47:00 | WinTrust Mortgage, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wintrust Mortgage, a division of Barrington Bank a |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15420631 | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Wintrust Mortgage a division of Barrington Bank & Trust Company, N.A. amps@manleydeas.com |
| Andrew L. Spivack | on behalf of Creditor Wintrust Mortgage a division of Barrington Bank & Trust Company, N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Wintrust Mortgage a division of Barrington Bank & Trust Company, N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew Fissel | on behalf of Creditor Wintrust Mortgage a division of Barrington Bank & Trust Company, N.A. bkgroup@kmllawgroup.com |
| Michael C. Eisen | on behalf of Joint Debtor Pamela J. Colwes attorneyeisen@yahoo.com aarin96@hotmail.com |
| Michael C. Eisen | on behalf of Debtor Dennis W. Colwes attorneyeisen@yahoo.com aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8